BRIAN W. PLUMMER, ESQ., SBN 240210
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, CA 95816
Telephone: 916/442-2777
Facsimile: 916/442-4118

Attorneys for Plaintiff
JAMES COUCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COUCH,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.: 2:16-cv-02148-MCE-EFB<br><br>**STIPULATION OF THE PARTIES FOR LEAVE TO FILE AMENDED COMPLAINT ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective attorneys of record, that Plaintiff, JAMES COUCH, be granted leave to file a First Amended Complaint and Defendant will have the right to file a responsive pleading to this amended complaint. A copy of Plaintiffs' First Amended Complaint is attached hereto as **Exhibit A**.

If Plaintiff's request is granted by the Court, Plaintiff will have their First Amended Complaint on file with the Court no later than ten (10) court days from the date the Order is signed.

///

///

1  DATED: October 4, 2016            WILCOXEN CALLAHAM, LLP
                                     2114 K Street
2                                    Sacramento, CA 95816
3                                    Telephone: (916) 442-2777

4

5                                    By:    /s/ Brian W. Plummer
                                           BRIAN W. PLUMMER, SBN 240210
6

7

8  DATED: October 4, 2016            MURPHY CAMPBELL GUTRIE & ALLISON
                                     8801 Folsom Boulevard, Suite 230
9                                    Sacramento, CA 95826
10                                   Telephone:  (916) 400-2300

11

12                                   By:    /s/ Stephanie Quinn
                                           STEPHANIE QUINN, SBN 216655
13

14

15     **IT IS SO ORDERED.**

16  Dated:   October 5, 2016

17                                   _____
                                     MORRISON C. ENGLAND, JR
18                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

-2-
**STIPULATION OF THE PARTIES FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER THEREON**
{00137997}