**WILCOXEN CALLAHAM, LLP**
BRIAN W. PLUMMER, SBN 240210
2114 K Street
Sacramento, CA 95816
Telephone:   (916) 442-2777
Facsimile:   (916) 442-4118
Attorneys for Plaintiff

**MURPHY CAMPBELL ALLISTON & QUINN**
Stephanie L. Quinn
Mariel Covarrubias
Raymond Tuason
8801 Folsom Blvd., Suite 230
Sacramento, CA 95826
Telephone:   (916) 400-2300
Facsimile:   (916) 400-2311
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COUCH, | Case No.: 2:16-cv-02148-MCE-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |
| v. | **Judge: Hon. Morrison C. England, Jr.** |
| NATIONAL RAILROAD PASSENGER CORPORATION, doing business as AMTRAK, and DOES 1 through 10, inclusive, | Complaint Filed: 07/11/16<br>First Amended Complaint Filed: 10/07/16 |
| Defendant. | |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action, along with any and all amended complaints, be dismissed, with prejudice, in their entirety.  It is further stipulated that each party is to bear its own costs, including attorney's fees.

///

DATED: January 18, 2017       **WILCOXEN CALLAHAM, LLP**

      /s/ Brian W. Plummer
BRIAN W. PLUMMER
Attorney for Plaintiff

Dated:  January 18, 2017      **MURPHY CAMPBELL ALLISTON & QUINN**

      /s/ Mariel Covarrubias
Stephanie L. Quinn
Mariel Covarrubias
Raymond Tuason
Attorneys for National Railroad Passenger Corporation dba AMTRAK

### **ORDER**

In accordance with the foregoing stipulation, and good cause appearing, this case is hereby dismissed, with prejudice, each side to bear its own costs and attorney's fees.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  January 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE